IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD SUTTON, # 210657, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-388-WKW |
| | ) | (WO) |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 2, 2006, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case,

finding that this case is due to be transferred to the United States District Court for the Northern

District of Alabama. The plaintiff filed an objection on May 9, 2006 (Doc. # 4).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT

and DECREE of the court that:

1.      The plaintiff's objection is OVERRULED.

2.      The Recommendation of the Magistrate Judge is ADOPTED.

3.      The Clerk is directed to take the necessary steps to transfer this case to the United

        States District Court for the Northern District of Alabama.

DONE this the 9th day of June, 2006.

                    /s/  W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE